DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TERESA M. GAFFNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2260

_____

March 13, 2026

Appeal from the Circuit Court for Hillsborough County; James M.
Barton, II, Senior Judge.

E. Michael Isaak, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.